1  JEFFER MANGELS BUTLER & MITCHELL LLP
   MATTHEW S. KENEFICK (Bar No. 227298)
2  *mkenefick@jmbm.com*
   SHAVON HENRY (Bar No. 326855)
3  *Shenry@jmbm.com*
   CHRISTOPHER WHANG (Bar No. 316916)
4  *Cwhang@jmbm.com*
   Two Embarcadero Center, 5th Floor
5  San Francisco, California 94111-3813
   Telephone:    (415) 398-8080
6  Facsimile:    (415) 398-5584

7  Attorneys for
   Hollywood Citizen News F&B, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| CRYSTAL REDICK,<br><br>    Plaintiff,<br><br>    v.<br><br>HOLLYWOOD CITIZEN NEWS F&B, LLC, ET. AL,<br><br>    Defendants. | Case No. 2:22-cv-04501-SK<br><br>**NOTICE OF SETTLEMENT AND REQUEST TO VACATE ALL CURRENTLY SET DATES**<br><br>Jury Trial:        April 3, 2023<br><br>The Hon. Steve Kim |

Defendant HOLLYWOOD CITIZEN NEWS F&B, LLC ("Defendant") hereby notifies the Court that a provisional settlement has been reached in the above-captioned case. Plaintiff CRYSTAL REDICK ("Plaintiff") and Defendant (hereinafter collectively the "Parties") would like to avoid any additional expenses while they focus efforts on finalizing the terms of the settlement and reducing it to writing.

The Defendant, therefore, applies to this Honorable Court to vacate all currently set dates with the expectation that the settlement will be consummated within the coming thirty (30) days, allowing for a Joint Stipulation for Dismissal with prejudice as to all parties to be filed.

DATED:  October 6, 2022

JEFFER MANGELS BUTLER & MITCHELL LLP
MATTHEW S. KENEFICK
SHAVON HENRY
CHRISTOPHER WHANG

By: _____
MATTHEW S. KENEFICK
Attorneys for Defendant Hollywood Citizen News F&B, LLC

# PROOF OF SERVICE

**Crystal Redick v. Hollywood Citizen News F&B LLC, U.S. District Court, Central District of California Case No. 2:22-cv-04501-SB-AGR**

**STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of San Francisco, State of California. My business address is Two Embarcadero Center, 5th Floor, San Francisco, CA 94111-3813.

On October 6, 2022, I served true copies of the following document(s) described as

**NOTICE OF SETTLEMENT AND REQUEST TO VACATE ALL CURRENTLY SET DATES**

as follows:

**SEE ATTACHED SERVICE LIST**

**BY E-MAIL OR ELECTRONIC TRANSMISSION:** I caused a copy of the document(s) to be sent from e-mail address dm8@jmbm.com to the persons at the e-mail addresses listed in the Service List. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on October 6, 2022, at San Francisco, California.

_____
Donna Schmidt

## SERVICE LIST

| | |
|---|---|
| Binyamin Manoucheri, Esq.<br>Thiago Chelho, Esq.<br>WILSHIRE LAW FIRM<br>3055 Wilshire Blvd., 12th Floor<br>Los Angeles, CA  90010<br>binyamin@wilshirelawfirm.com<br>thiago@wilshirelawfirm.com<br>ADA@wilshirelawfirm.com | *Attorneys for Plaintiff Crystal Rock* |