# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRYSTAL REDICK, an individual,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>HOLLYWOOD CITIZEN NEWS F&B LLC d/b/a MOTHER WOLF, a Delaware limited liability company; and DOES 1 to 10, inclusive,<br><br>　　　　Defendants. | Case No.: 2:22-cv-04501-SK<br><br>**ORDER GRANTING JOINT STIPULATED REQUEST FOR DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)**<br><br><br>Complaint filed:　June 30, 2022 |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

　　Upon due consideration, good cause appearing, the Court DISMISSES this action with prejudice as to Plaintiff's. Each party shall bear its own costs, experts' fees, attorneys' fees, and attorneys' expense. The Clerk of Court is instructed to terminate all pending motions and deadlines, and close the case.

　　**IT IS SO ORDERED.**

DATED:　December 8, 2022　　　　By: _____
　　　　　　　　　　　　　　　　　　Hon. Steve Kim
　　　　　　　　　　　　　　　　　　United States Magistrate Judge

1

ORDER GRANTING VOLUNTARY DISMISSAL WITHOUT PREJUDICE,
PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)
CASE NO. 2:22-cv-04501-SK